UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
RSS WFCM2018-C44 – NY LOD, LLC,                       :
:
                     Plaintiff,             :
:      21-CV-4424 (VSB)
           -against-                             :
:         **ORDER**
42 LEXINGTON OPERATING DE LLC et al.,   :
:
                     Defendants.            :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        Plaintiff filed this action on May 18, 2021, (Doc. 5), and filed an affidavit service for Defendants 1442 Lexington Operating DE LLC ("Lexington") and Afshin Hedvat ("Hedvat") on June 22, 2021. (Docs. 20–21.) The deadline for Lexington to respond to Plaintiff's complaint was June 15, 2021, and the deadline for Hedvat to respond was June 25, 2021. (*See id.*) To date, neither Lexington nor Hedvat has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment against Lexington and Hedvat, it is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than July 22, 2021. If Plaintiff fails to do so or otherwise demonstrate that it intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    June 28, 2021
             New York, New York

                                                      Vernon S. Broderick
                                                    United States District Judge