```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
RSS WFCM2018-C44 - NY LOD, LLC,       :    21cv4424(DLC)
                                      :
                        Plaintiff,    :         ORDER
                                      :
            -v-                       :
                                      :
1442 Lexington Operating DE LLC, et   :
al.,                                  :
                                      :
                        Defendants.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On May 17, 2021 RSS WFCM2018-C44 - NY LOD, LLC filed a complaint in this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. Pursuant to this Court's Individual Rules, it is hereby

ORDERED that plaintiff RSS WFCM2018-C44 - NY LOD, LLC shall, by **September 24, 2021,** file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners, and/or trustees.

SO ORDERED:

Dated: New York, New York
September 17, 2021

_____
DENISE COTE
United States District Judge