```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    21cv4424(DLC)
RSS WFCM2018-C44 - NY LOD, LLC,          :
                                         :        ORDER
                             Plaintiff,  :
                                         :
              -v-                        :
                                         :
1442 Lexington Operating DE LLC, et      :
al.,                                     :
                                         :
                             Defendants. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On June 2, 2021, the plaintiff in the above-captioned action moved for the appointment of a Temporary Receiver. The defendants filed opposition on August 10. The motion became fully submitted on August 17. Having reviewed the parties' briefing on the motion, it is hereby

ORDERED that a Temporary Receiver shall be appointed pursuant to the terms of the Order entered today, September 28, 2021, by this Court.

IT IS FURTHER ORDERED that, having received a letter from plaintiff's counsel on September 28, the initial pretrial conference currently scheduled to take place telephonically on September 29 at 3:30 pm is canceled and rescheduled to **October 13, 2021 at 4:00 pm.** If defendants' counsel, Steven Cohn, is unable to participate at that time, the defendants shall arrange for substitute counsel.

SO ORDERED:

Dated:   New York, New York
         September 28, 2021

_____
DENISE COTE
United States District Judge