```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
RSS WFCM2018-C44 - NY LOD, LLC,      :
                                     :
                    Plaintiff,       :    21cv4424 (DLC)
                                     :
         -v-                         :         ORDER
                                     :
1442 Lexington Operating DE LLC, et  :
al.,                                 :
                                     :
                    Defendants.      :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the telephonic pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on October 13, 2021, it is hereby

ORDERED that plaintiff shall file a motion for summary judgment by **October 22, 2021**. Any opposition is due **November 12**. Any reply is due **November 19**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          October 13, 2021

                                          _____
                                                   DENISE COTE
                                          United States District Judge