UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RSS WFCM2018-C44-NY LOD, LLC,

                             Plaintiff,

           -against-

1442 LEXINGTON OPERATING DE LLC, et al.,

                            Defendants.
-----------------------------------------------------------------X

21-CV-4424 (DLC) (VF)

**ORDER**

Plaintiff seeks reimbursement of legal fees as part of its Protective Advancement amount. See ECF Nos. 90, 95. Plaintiff is directed to submit documentation to support the legal fees requested **by July 25, 2024**. As an example, Plaintiff is directed to the documentation provided in Wells Fargo Bank as Tr. for the Benefit of the Holders of COMM 2015-LC19 Mortg. Tr. Com. Mortg. Pass-Through Certificates v. 5615 N. LLC, No. 20-CV-2048 (VSB) (KHP), 2023 WL 7394340, at *7 (S.D.N.Y. May 4, 2023); No. 20-CV-2048 (VSB) (KHP) ECF Nos. 82; 103-5; 103-8; 103-9, which included attorneys bills and invoices and an attorney declaration testifying to the hours worked on this matter and the legal fees changed, to support an award of such fees.

    **SO ORDERED.**

    DATED:    New York, New York
                          July 12, 2024

                                              _____
                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge