**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RSS WFCM2018-C44 - NY LOD, LLC,

                      Plaintiff,
   -against-                                  21 **CIVIL** 4424 (DLC)

                                                **JUDGMENT**

1442 Lexington Operating DE LLC, et al.,

                    Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 10, 2024, judgment is entered against the borrower for $11,600,000.00 in unpaid principal, $1,950,784.89 in accumulated non-default interest, $1,996,801.68 in accumulated default interest, $19,132.48 in late fees, $116,403.23 in special servicing fees, $617,883.66 in taxes and insurance payments, $241,402.92 in property protective advances, $400.00 in payoff processing fees, $81.52 in Uniform Commercial Code (UCC) filing fees, $75.00 in non-sufficient funds (NSF) check fees, and $166,895.27 in interest on the protective advances. The plaintiff is also entitled to reimbursement of a liquidation fee, as calculated and charged to the plaintiff after the sale of the Property. Appellate review of this decision is unavailable because neither party filed written objections to the Report. See Thomas v. Arn, 474 U.S. 140, 155 (1985); Wagner & Wagner, LLP v. Atkinson, Haskins, Nellis, Brittingham, Gladd & Carwile, P.C., 596 F.3d 84, 92 (2d Cir. 2010).

**Dated:** New York, New York
        September 11, 2024

**DANIEL ORTIZ**
**Acting Clerk of Court**

**BY:** _____
**Deputy Clerk**