UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
RSS WFCM2018-C44 - NY LOD, LLC,         :
                                        :
                    Plaintiff,          :    21cv4424 (DLC)
                                        :
          -v-                           :        ORDER
                                        :
1442 Lexington Operating DE LLC, et     :
al.,                                    :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On September 11, 2024, the Clerk of Court entered judgment in favor of the plaintiff and against defendant 1442 Lexington Operating DE LLC, pursuant to the Opinion and Order of September 10. In a letter of September 18, the plaintiff requested that the Judgment of September 11 be vacated and that the Court issue a proposed order attached to the plaintiff's letter. It is hereby

ORDERED that any objection to the issuance of the plaintiff's proposed order is due **September 27, 2024**.

Dated:    New York, New York
          September 19, 2024

                                          _____
                                                  DENISE COTE
                                          United States District Judge