```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
RSS WFCM2018-C44 - NY LOD, LLC,         :
                                        :
                        Plaintiff,      :    21cv4424 (DLC)
                                        :
            -v-                         :        ORDER
                                        :
1442 Lexington Operating DE LLC, et     :
al.,                                    :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On September 11, 2024, the Clerk of Court entered judgment in favor of the plaintiff and against defendant 1442 Lexington Operating DE LLC, pursuant to the Opinion and Order of September 10. In a letter of September 18, the plaintiff requested that the Judgment of September 11 be vacated and that the Court issue a proposed order attached to the plaintiff's letter. An Order of September 19 set a deadline of September 27 for objections to the plaintiff's proposed order. The defendants submitted an objection on September 25. It is hereby

ORDERED that any response to the defendants' objection is due **September 30, 2024.**

Dated:    New York, New York
          September 26, 2024

                                        _____
                                              DENISE COTE
                                        United States District Judge