UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------X
                                    :
RSS WFCM2018-C44 - NY LOD, LLC,     :
                                    :
                    Plaintiff,      :        21cv4424 (DLC)
                                    :
          -v-                       :           ORDER
                                    :
1442 Lexington Operating DE LLC, et :
al.,                                :
                                    :
                    Defendants.     :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

An Opinion and Order of December 2, 2021 granted summary judgment for the plaintiffs on Counts I, II, and III of the complaint, which sought foreclosure of a mortgage on 1142 Lexington Avenue, New York, New York (the "Property").  It also granted the plaintiff's motion to sever Count V, under which the plaintiff sought to enforce its rights pursuant to a guaranty, for later determination in the event an auction of the Property did not result in the plaintiff's recovery of the full amount due under the note that the mortgage secured.  Following an inquest, a Judgment of Foreclosure was entered on October 2, 2024.

On January 9, 2025, the referee appointed to sell the Property filed a Report of Sale.  Accordingly, it is hereby

ORDERED that the parties shall by **January 22, 2025** confer and submit a proposed schedule for further proceedings in this case.

Dated:    New York, New York
          January 14, 2025

_____
DENISE COTE
United States District Judge