UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
RSS WFCM2018-C44 - NY LOD, LLC,            :
                                           :
                              Plaintiff,   :     21cv4424 (DLC)
                                           :
                -v-                        :         ORDER
                                           :
1442 Lexington Operating DE LLC, et        :
al.,                                       :
                                           :
                              Defendants.  :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

   On April 4, 2025, the parties submitted a stipulation of dismissal as to Fifth Count of the Complaint.  There being no remaining claims, it is hereby

   ORDERED that the Clerk of Court shall close the case.

Dated:    New York, New York
          April 4, 2025

                                        _____
                                              DENISE COTE
                                        United States District Judge