UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RSS WFCM2018-C44 - NY LOD, LLC,<br><br>                              Plaintiff,<br><br>        v.<br><br>1442 LEXINGTON OPERATING DE LLC; AFSHIN HEDVAT; and DANIEL RAHMANI,<br><br>                              Defendants. | Civil Action File No.<br>1:21-cv-04424-DLC-VF |

## ~~PROPOSED~~ ORDER TERMINATING RIGHTS
## AND POWERS OF COURT-APPOINTED RECEIVER

**THIS MATTER** is before the Court by application of Ian V. Lagowitz, of Trigild IVL Group, LLC (the "**Receiver**"), in his capacity as Court-Appointed Rent Receiver for the real property formerly owned by defendant 1442 Lexington Operating DE LLC ("**Borrower**") and located at 1442 Lexington Avenue, New York, New York 10128, Block: 1522, Lot: 158, (the "**Property**"), for an Order terminating the Receiver's authority under the Court's Order dated September 28, 2021 (*see* ECF No. 53) (the "**Receivership Order**"); and the Property having been sold, under approval of this Court by Order and Final Judgment of Foreclosure and Sale dated October 2, 2024 (*see* ECF No. 119) of substantially all of Borrower's assets to plaintiff RSS WFCM2018-C44 - NY LOD, LLC ("**Plaintiff**") for $19,200,000.00; and for good cause shown;

**IT IS** on this 28th day of _____May_____, 2025,

**ORDERED** that,

1.      The Receiver's rights and powers under the Receivership Order be and are hereby terminated and the Receiver be and is hereby released and discharged from its duties and

1

obligations as specified in the Receivership Order. The Receiver be and is hereby directed to turn over possession, management and control of the Property to Plaintiff or its designee.

2.      Within thirty (30) days of the entry of this Order the Receiver shall file a final report and accounting (the "**Final Reporting**").  Any opposition to the Final Reporting shall be filed and served on all parties no later than fifteen (15) days after the Final Reporting is filed. The Receiver may respond to any opposition within ten (10) days thereafter.

3.      If opposition is filed to the Final Reporting, the Court will rule on issues or direct the parties as to further proceedings.

4.      If no opposition is filed to the Final Reporting the Final Reporting will be deemed sufficient, final and approved.  Upon approval of the Final Reporting the Receiver shall turnover all funds, books and records in its possession to the Plaintiff or its designee.

_____
HON. DENISE L. COTE, U.S.D.J.